
ORIGINAL

**FILED**

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0318

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0318

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHRISTOPHER WILLET,

Defendant and Appellant.

FILED

DEC 06 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Christopher Scott Willet appeals his sentence on revocation of a suspended seven-year sentence for felony Criminal Endangerment, a violation of § 45-5-207, MCA, to which he pleaded guilty in the Nineteenth Judicial District Court. The District Court's judgment on revocation imposed a seven-year prison term with two years suspended, reimposed all of the prior terms of conditions of community supervision from the October 2021 judgment, and ordered the forfeiture and disposal of the weapons seized from Willet's home during a probation search. Willet argues that the District Court lacked statutory authority to order the forfeiture of his firearms and that it violated his constitutional rights in ordering the forfeiture without requisite due process of law. Finally, he maintains that defense counsel rendered ineffective assistance by failing to object to the court's forfeiture order.

Without agreeing to all of his arguments, the State concedes that under the particular facts presented in this record and in the interests of justice, this matter should be remanded to the District Court with instructions to strike the forfeiture portion of Willet's Judgment and Sentence Nunc Pro Tunc. The State agrees that the applicable statutes did not give the sentencing court authority to order the forfeiture of Willet's firearms when it revoked his suspended sentence.

Having reviewed the parties' submissions, and good cause appearing,

IT IS ORDERED that this case is remanded to the Nineteenth Judicial District Court with instructions to issue an amended judgment striking paragraph 5 from its April 27, 2022 Judgment and Sentence Nunc Pro Tunc in Lincoln County Cause No. DC-21-14 that requires the Defendant to "surrender to the Lincoln County Sheriffs [sic] Office the firearms that were confiscated by the Probation and Parole Officer."

In all other respects, this appeal is DISMISSED.

The Clerk is instructed to provide copies of this Order to all counsel of record and to the Honorable Matthew J. Cuffe, presiding District Judge.

Dated this ⅃ day of December, 2022.

Justices